

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00252-CV

Jean Eckford **HARDAWAY**, Et al.,
Appellants

v.

Lou Eda Korth Stubbs **NIXON**, Et al.,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-09-0188-CVK
Honorable Russell H. Wilson, Judge Presiding

# O R D E R

On August 4, 2016, this court ordered appellants to request the reporter's record(s) and provide written proof to this court that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee. On August 15, 2016, appellants' attorney, Ms. Stella Grace Marks, filed copies of letters she sent to Mr. Richey Gentry and Ms. Leticia Escamilla, the two reporters responsible for preparing, certifying, and filing the reporter's records in this appeal.

In the letter to Mr. Gentry, Ms. Marks requested the record and indicated payment for the record was sent to him. **Mr. Gentry is therefore hereby ORDERED to file his portion of the designated reporter's record in this appeal <u>no later than September 16, 2016.</u>**

In the letter to Ms. Escamilla, Ms. Marks requested the record; however, Ms. Marks did not comply with our order to show—no later than August 15, 2016—that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee. **Therefore, Ms. Marks is ORDERED to show that either (1) Ms. Escamilla's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying Ms. Escamilla's fee <u>no later than August 22, 2016.</u>** If Ms. Marks fails to provide such written proof no later than August 22, 2016, this court will not consider those issues or points raised in appellants' brief that require Ms. Escamilla's reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). **<u>No further extensions of time will be granted.</u>**

_____
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court